UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE KINNEE,<br><br>                        Plaintiff,<br><br>v.<br><br>TEI BIOSCIENCES INC.; INTEGRA LIFESCIENCES CORPORATION; LIFESCIENCES SALES LLC; and DOES 1 through 50, inclusive,<br><br>                        Defendants. | Case No.: 22-CV-604 JLS (AHG)<br><br>**ORDER VACATING HEARING**<br><br>(ECF Nos. 10, 11, 12) |

Presently before the Court is Defendant Lifesciences Sales LLC's Motion to Dismiss for Lack of Personal Jurisdiction and Failure to State a Claim (ECF No. 10) and Defendants Integra Lifesciences Corporation and TEI Biosciences Inc.'s Motions to Dismiss and Joinder to Lifesciences Sales LLC's Motion (ECF Nos. 11, 12). On its own motion, the

///
///
///
///
///

1  Court **VACATES** the hearing currently set for July 28, 2022 and takes these matters under
2  submission without oral argument pursuant to Civil Local Rule 7.1(d)(1).
3      **IT IS SO ORDERED.**
4  Dated:  July 20, 2022

                                     Hon. Janis L. Sammartino
                                     United States District Judge